Disposition of Petitions for Discretionary Review Under G.S. 7A-31

## STATE v. WHETSTINE

No. 352P90

Case below: 99 N.C.App. 363

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 October 1990. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 October 1990.

## VAUGHN v. VAUGHN

No. 440P90

Case below: 99 N.C.App. 574

Notice of appeal by defendant dismissed 3 October 1990. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 October 1990.

## WATKINS v. CITY OF ASHEVILLE

No. 361P90

Case below: 99 N.C.App. 302

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 October 1990.

## YOUNG v. MASTROM, INC.

No. 333P90

Case below: 99 N.C.App. 120

Petition by Mastrom for discretionary review pursuant to G.S. 7A-31 denied 3 October 1990.

### PETITION TO REHEAR

## IN RE ADOPTION OF CLARK

No. 395A89

Case below: 327 N.C. 61

Petition by petitioner-appellees to rehear denied 3 October 1990.